1014

No. 87–6732. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–6734. FALCON v. HUTCHISON ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–6736. ALDRICH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6739. LEVEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6747. MCFARLAND v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–6748. TRACY ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–6750. MITCHELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6765. ABDUS-SAMMAD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–6776. MCGOVERN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6778. RHODES v. OHIO DEPARTMENT OF REHABILITATION AND CORRECTION ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–6779. PETERS v. RICHLAND COUNTY, SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–6781. SVEE v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 86–1548. NORTHWEST AIRLINES, INC. v. AIR LINE PILOTS ASSN., INTERNATIONAL. C. A. D. C. Cir. Motion of Air Transport Association of America et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.